# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IMPULSE MONITORING, INC. | * | |
| AS ASSIGNEE OF DEBORAH MALONE, | * | CIVIL ACTION NO: 3:14-cv-01438 |
| | * | |
| **Plaintiff,** | * | |
| vs. | * | **Senior Judge Nixon** |
| | * | |
| HUMANA HEALTH PLAN, INC., | * | |
| | * | **Magistrate Bryant** |
| **Defendant.** | * | |

## ORDER JOINT MOTION TO STAY

**BEFORE THE COURT** is the Joint Motion to Stay filed by both parties in this matter. After due consideration, and taking into account the global nature of the contemplated settlement negotiations, the Court finds that the Joint Motion is well-taken, and that it should be granted.

Accordingly, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that:

All deadlines in this matter, including that requiring the Defendant to file any responsive pleading, and defenses and objections of the parties, including jurisdiction of this court, are preserved and stayed effective Monday, July 14, 2014, while the parties engage in global settlement negotiations of this and over sixty-three (63) other similar matters between them. Unless the Court is advised at an earlier date of a related settlement or non-settlement, the parties shall report the status of their negotiations through a joint filing on or before sixty (60) days following the entry of this Order.

_____

~~JOHN T. NIXON~~ ALETA A. TRAUGER
**UNITED STATES DISTRICT ~~SENIOR~~ JUDGE**

**Approved for Entry:**

| | |
|---|---|
| /s/ *Leslie Isaacman* | /s/ *Kathleen Pohlid* |
| Leslie Isaacman (TN #28141) | Kathleen Pohlid (TN #22401) |
| BAKER DONELSON BEARMAN | GULLETT SANFORD ROBINSON |
|   CALDWELL & BEROKOWITZ, P.C. |   & MARTIN, PLLC |
| First Tennessee Building | 150 Third Avenue South, |
| 165 Madison Avenue, Suite 2000 |   Suite 1700 |
| Memphis, Tennessee 38103 | Nashville, Tennessee 37201 |
| Phone: 901.526.2000 | Phone: 615.921.4278 |
| FAX: 901.577.0796 | FAX: 615.921.4378 |
| lisaacman@bakerdonelson.com | kpohlid@gsrm.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |