# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| IMPULSE MONITORING, INC., ) | |
| as Assignee of Deborah Malone ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1438 |
| ) | Judge Trauger |
| HUMANA HEALTH PLAN, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon the reassignment of this case to Judge Trauger (Docket No. 8), it is hereby

**ORDERED** that the reference to the Magistrate Judge is hereby **WITHDRAWN**, and the initial case management conference before Magistrate Judge Bryant on September 8, 2014 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 29th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge